IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                      Plaintiff,

    v.

ANTOINE EDWARDS,

                      Defendant.

ORDER

12-cr-156-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The order entered herein on July 8, 2015 is amended to add the following sentence at the end of the first paragraph on page 1: "He is ineligible for the reduction for the additional reason that he was sentenced as a career offender."

The order is also amended by adding the following paragraph after the third paragraph of the order:

> Even if defendant were not barred from obtaining a reduction in his sentence because of the below-guidelines sentence he received, he would be barred by the fact that at sentencing he was been determined to be a career offender and the new amendments issued by the commission do not lower the sentencing ranges for career offenders.

1

In all other respects, the order remains as entered.

Entered this 10th day of July, 2015.

                BY THE COURT:

                /s/

                BARBARA B. CRABB
                District Judge